IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 07-cv-00670-REB-MJW

VIDEO PROFESSOR, INC.,

      Plaintiff,

v.

SUPRIYO MALAKER d/b/a DOTCRAFTER,

      Defendant.

---

## MINUTE ORDER VACATING PRELIMINARY INJUNCTION HEARING

Judge John L. Kane **ORDERS**

      The Unopposed Motion to Vacate Preliminary Injunction Hearing (doc. #7), filed April 11, 2007, is GRANTED. The April 13, 2007 hearing before Judge Kane is VACATED. The parties shall file their dismissal documents on or before May 4, 2007.

---

Dated: April 11, 2007