**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00670-REB-MJW

VIDEO PROFESSOR, INC., a Colorado corporation,

      Plaintiff,

v.

SUPRIYO MALAKER, an individual d/b/a DOTCRAFTER,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before the court on the **Notice of Dismissal** [#10], filed May 4, 2007.  After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal** [#10], filed May 4, 2007, is **APPROVED**; and

    2.  That this action **IS DISMISSED WITH PREJUDICE**.

      Dated May 7, 2007, at Denver, Colorado.

                      **BY THE COURT:**

                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn**
                      **United States District Judge**